No. 65.—J. S. WISE Administrator, v. J. W. HILL.

Obligations given for the hire of slaves are illegal, and can not be enforced.

APPEAL from the Tenth Judicial District, parish of Caddo. *Weems, J. Beall & Chapman*, for plaintiff and appellee. *Looney & Wells*, for defendant and appellant.

TALIAFERRO, J. The defendant appeals from a judgment rendered against him on a promissory note, which expresses on its face that it was given for the hire of slaves. Obligations for the hire of slaves are illegal, and can not be enforced.

It is therefore ordered, adjudged and decreed that the judgment of the district court be annulled, avoided and reversed. It is further ordered that this suit be dismissed, at the cost of the plaintiff and appellee.

No. 93.—H. H. HEARD *v.* JOEL R. WYNN.

An error of the judge a quo in fixing the date at which interest begins to run, will be corrected on appeal, and the appellee will be condemned to pay the costs of the appeal.

APPEAL from Fourteenth District Court, parish of Richland. *Ray, J. Newton & Hall*, for plaintiff and appellee. *Stubbs & Cobb*, for defendant and appellant.

WYLY, J. The defendant, who appeals from a judgment against him, on a promissory note, contends that his obligation is extinguished by the prescription of five years, more than that period having elapsed from the maturity of the note to the institution of this suit. The plaintiff, on the other hand, contends that there was an interruption of prescription, and the evidence adduced by him satisfies us of the fact.

We find, however, there is error in the judgment as to the date at which interest should begin to run, the judge decreeing interest from the first of January, 1861, whereas the note stipulates it only from the first of March, 1861.

It is therefore ordered that the judgment be amended allowing eight per cent. per annum interest only from the first of March, 1861, and as thus amended that it be affirmed. It is further ordered that plaintiff pay costs of appeal.